1  HARVEY SISKIND LLP
   IAN K. BOYD (SBN 191434)
2  iboyd@harveysiskind.com
   SETH I. APPEL (SBN 233421)
3  sappel@harveysiskind.com
4  Four Embarcadero Center, 39th Floor
   San Francisco, CA  94111
5  Telephone:    (415) 354-0100
   Facsimile:     (415) 391-7124
6

7  Attorneys for Plaintiff
   INTEL CORPORATION
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation, | Case No. CV-08-2173 PVT |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| INTELLIMAGE CORPORATION, a Florida corporation, | |
| Defendant. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Intel Corporation hereby voluntarily dismisses this action with prejudice.

Respectfully submitted,

HARVEY SISKIND LLP

By: _____/s/_____
         Seth I. Appel

Attorneys for Plaintiff
INTEL CORPORATION

## PROOF OF SERVICE

The undersigned declares: I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 4 Embarcadero Center, 39th Floor, San Francisco, CA 94111.

On the date stated below, I served the following documents:

- **NOTICE OF VOLUNTARY DISMISSAL**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

Robert A. Stok, Esq.
Stok & Associates, P.A.
2875 NE 191st Street
Aventura, FL 33180

__X__   **MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

____   **FEDERAL EXPRESS – OVERNIGHT DELIVERY:** I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day delivery with a shipping label properly filled out with delivery to be made to the addressee designated.

____   **HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

____   **VIA FAX:** The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

__X__   **(FEDERAL):** I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

____   **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 19, 2008 at San Francisco, California.

_____
Cynthia Lee